## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No.   18-60521** |
| **FAMILY PHARMACY, INC., et al.,** | ) | **(Jointly Administered)** |
| | ) | **Chapter 11** |
| Debtors. [1] | ) | |
| | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTORS' SCHEDULES AND STATEMENTS[2]

The Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules and Statements") filed by the Debtors, in the United States Bankruptcy Court for the Western District of Missouri, Kansas City Division (the "Bankruptcy Court"), were prepared pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007 by the Debtors' management and are unaudited. While those members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements that may warrant amendment of the same. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate. These Global Notes comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of them.

1.    Cases.    On April 30, 2018 (the "Petition Date"), the Debtors filed Voluntary Petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). Unless otherwise indicated, the information provided is as of the close of business on April 30, 2018.

2.    Amendments. The Debtors reserve their rights to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, to liability, or to classification,

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Family Pharmacy, Inc. (5595) ("Inc."); Family Pharmacy of Missouri, LLC (6899) ("LLC"); HealthTAC Logistics, LLC (2879) ("TAC"); Family Property Management, LLC (2908) ("FPM"); and Family Pharmacy of Strafford, Inc. (8943) ("Strafford").

[2] These Global Notes are followed by (or are filed in conjunction with) the Schedules of Assets and Liabilities or Statement of Financial Affairs.

or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

3.     <u>Estimates and Assumptions</u>.   The preparation of the Schedules and Statements requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

4.     <u>Unknown Amounts</u>.   Some of the scheduled assets and liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Accordingly, the Schedules and the Statements may not accurately reflect the true aggregate value of the Debtors' assets or the amount of the Debtors' liabilities.

5.     <u>Prepetition v. Postpetition</u>.   The Debtors have sought to allocate liabilities between the pre-petition and post-petition periods based on the information from research that was conducted with the preparation of these Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

6.     <u>GAAP</u>.   Given the difference between the information requested in the Schedules and Statements and the financial information utilized under generally accepted accounting principles in the United States ("<u>GAAP</u>"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7.     <u>Asset Values</u>.   It would be prohibitively expensive, unduly burdensome, and time consuming to obtain current market valuations of the Debtors' property interests. Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values or values based on earlier offers rather than current market values of the Debtors' property interests are reflected on the applicable Schedule. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value. And, unless otherwise indicated, all asset amounts and claim amounts are listed as of the Petition Date.

8.     <u>Challenge of Liens</u>.   Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or to challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or to challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's

2

claim.  The descriptions provided on Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

9.    Setoff or Recoupment Rights.  The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights.  Such counterparties have been listed on Schedule E/F.

10.    First-Day Orders.  Pursuant to various orders issued by the Court, the Debtors were authorized to pay certain outstanding pre-petition claims, including, without limitation, to claims relating to employee compensation, benefits, reimbursable business expenses, and related administrative costs.  To the extent claims have been paid, such claims have not been listed on the Schedules and Statements.  To the extent such a claim is listed on the Schedules and Statements, inadvertently or otherwise, the Debtors do not waive any right to amend the Schedules and Statements or subsequently object to such claims.

11.    Ordinary Course of Business.  In the ordinary course of its business, the Debtors apply credits against amounts otherwise due to vendors.  These credits arise because, among other matters, materials ordered and paid for may not be delivered, materials delivered are damaged or unusable, and vendors provide volume rebates and cash discounts.  Certain of these credits are subject to change.  Vendor claims are listed at the amounts entered on the Debtors' books and records, which may reflect credits or allowances due from such creditors to the Debtor.  The Debtors reserve all rights respecting such credits and allowances.

12.    Executory Contracts and Unexpired Leases.  For purposes of the Schedules and Statements, the Debtors have only scheduled claims and executory contracts for which the Debtors may be contractually and/or directly liable.  While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, non-disturbance and attornment agreements,

supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtors reserve all of its rights to dispute or to challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim. In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. But the Debtors reserve the right to assert that such agreements constitute executory contracts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtors' rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are hereby reserved and preserved.

13.    <u>Causes of Action</u>.   The Debtors reserve all of their causes of action. Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such cause of action. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with these chapter 11 cases, equitable subordination, and/or causes of action arising under any applicable law, including the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

14.    <u>Insiders</u>.   In the circumstances where the Schedules and Statements require information regarding insiders and/or officers and directors, included therein are each of the Debtors' directors (or persons in similar positions). The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

15.    <u>Summary of Significant Reporting Policies and Practices</u>.   The following specific conventions were adopted by the Debtors in preparation of the Schedules and Statements:

a.    <u>Fair Market Value; Book Value</u>.   Unless otherwise noted therein, the Schedules and Statements reflect the carrying value of the liabilities as listed in the Debtors' books and records. Where the current market value of assets is unknown, the Debtors based their valuation on book values or other information available to it.

b.    <u>Inventories (Schedule A/B  #18)</u>.   Inventory includes Rx (prescription drug) inventory and non-Rx (other) inventory. Rx inventory and cost of goods values are driven by the Company's primary wholesaler's pricing (the price file). The retail pharmacies conduct cycle counts of Rx inventory on a routine but no less than

quarterly basis and report discrepancies and/or changes in value to accounting monthly for recording. Non Rx inventory is reflected on a roll-forward basis from the previous year end, plus purchases less estimated cost of goods sold each month. A complete physical count of both Rx and non-Rx inventories is conducted each calendar year end and required adjustments are recorded and reflected in the December 31 financial statements.

c. <u>Leased Real and Personal Property</u>.  In the ordinary course of its business, the Debtors lease real property and various articles of personal property, including, without limitation, furniture, fixtures and equipment, from certain third-party lessors.  All such leases are set forth in the Schedules and Statements.  The property subject to leases is not reflected in the Schedules and Statements as either owned property or assets of the Debtors or property or assets of third-parties within the control of the Debtor.  But nothing in the Schedules or Statements is or shall be construed as an admission or determination as to legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserve all of its rights with respect to all such issues.

d. <u>Accounts Receivable (Schedule A/B #10)</u>.  The value of accounts receivable is estimated as of April 30, 2018 (the Petition Date). The receivables are generally broken down by third-party accounts receivable and by customer accounts receivable.  The value of the third-party accounts receivables is based upon management's estimates utilizing a DSO (Days Sales Outstanding) methodology pursuant to which management calculated the amount of cash funds the Debtors expect to collect over 28 days from the indicated date.   Management believes 28 Days DSO is appropriate to estimate the third party accounts receivable.  If the DSO is lower, the resulting accounts receivable value is lower.

e. <u>Furniture, Fixtures & Equipment (Schedule A/B #38)</u>.   For simplicity purposes, the Debtors combined all Furniture, Fixtures & Equipment used in the ordinary course of its business for purposes of the Schedules and Statements.  The value reflected is book value, exclusive of accumulated depreciation, and may not reflect fair market value.   The Debtors revised their capitalization policies in 2014 to change the asset capitalization threshold from $250 to $1,000 per asset item. The Debtors have possession of significant Furniture, Fixtures, and Equipment that have been purchased since January 1, 2014, that fell below the asset capitalization threshold. Further, the Debtors have possession of significant Furniture, Fixtures, and Equipment that have been fully

5

depreciated since their original purchase and may no longer be carried on their financial statements or included in their fixed asset schedules.

f.  <u>Employee and Benefit Claims</u>.  The Bankruptcy Court entered an order authorizing the Debtors to pay pre-petition and post-petition wages, salaries, benefits, and other obligations.  The Debtors employed approximately 182 employees as of the Petition Date. Accordingly, only employee claims against the Debtors for pre-petition amounts that have not been paid as of the time that the Schedules and Statements were prepared, if any, and employee claims for items not authorized to be paid by order of the Bankruptcy Court, if any, have been included in the Schedules and Statements.  Similarly, certain payments on behalf of employees for benefits, including health, dental and vision insurance authorized to be paid by the Court, as well as, certain employee advances made in the ordinary course of business, have been omitted from the Schedules and Statements.

g.  <u>Related Party Transactions</u>.  The nature of the consolidated and non-consolidated but related companies' ownership requires amounts to be loaned to or transferred to related entities and owners periodically. These transactions are accounted for through appropriate "Due To" and "Due From" accounts.

Dated:  June 5, 2018.                Respectfully submitted,


                                     */s/ John J. Cruciani*
                                     John J. Cruciani         #43073
                                     Mark T. Benedict         #44621
                                     Michael D. Fielding      #53124
                                     HUSCH BLACKWELL LLP
                                     4801 Main Street, Suite 1000
                                     Kansas City, Missouri 64112
                                     Telephone: (816) 983-8000
                                     Facsimile: (816) 983-8080
                                     john.cruciani@huschblackwell.com
                                     mark.benedict@huschblackwell.com
                                     michael.fielding@huschblackwell.com

                                     *Attorneys for the Debtors and Debtors-in-Possession*

KCP-8364863-3

**Fill in this information to identify the case:**

Debtor name   **Family Pharmacy of Missouri, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   **18-60523**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................. $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... $ ___4,339,011.82

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ $ ___4,339,011.82

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ___10,819,662.18

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ ___4,251,239.63

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b                           $ ___15,070,901.81

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name  **Family Pharmacy of Missouri, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number (if known)  **18-60523**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand - Branson West** | **$625.00** |
| 2.    **Cash on hand - Rogersville** | **$1,200.00** |
| 2.    **Cash on hand - Hollister** | **$1,325.00** |
| 2.    **Cash on hand - Forsyth** | **$1,925.00** |
| 2.    **Cash on hand - Crimson** | **$1,225.00** |
| 2.    **Cash on hand - Fair Grove** | **$835.00** |
| 2.    **Cash on hand - Marshfield** | **$825.00** |
| 2.    **Cash on hand - Bolivar** | **$910.00** |
| 2.    **Cash on hand - Cross Creek** | **$825.00** |
| 2.    **Cash on hand - Clever** | **$825.00** |
| 2.    **Cash on hand - Branson 248** | **$825.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Debtor  **Family Pharmacy of Missouri, LLC**                          Case number (If known)  **18-60523**
            Name

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **Corporate:** | | | |
| **The Bank of Missouri** | | **0833** | |
| 3.1. **Great Southern Bank** | | **0889** | $230,463.20 |
| **Branson West:** | | | |
| **The Bank of Missouri** | | **0536** | |
| 3.2. **Great Southern Bank** | | **5068** | $2,803.98 |
| **Rogersville:** | | | |
| **The Bank of Missouri** | | **3027** | |
| 3.3. **Citizens Bank** | | **0705** | $4,245.55 |
| **Hollister:** | | | |
| **The Bank of Missouri** | | **0411** | |
| 3.4. **Great Southern Bank** | | **7567** | $2,447.95 |
| **Forsyth:** | | | |
| **The Bank of Missouri** | | **0486** | |
| **First Community Bank** | | **9701** | |
| 3.5. **Great Southern Bank** | | **1889** | $5,192.44 |
| **Crimson Plaza:** | | | |
| **The Bank of Missouri** | | **0478** | |
| 3.6. **Great Southern Bank** | | **2152** | $3,033.85 |
| **Home Medical:** | | | |
| 3.7. **The Bank of Missouri** | | **0510** | $0.00 |
| **Marshfield:** | | | |
| **The Bank of Missouri** | | **3134** | |
| 3.8. **First Home Savings Bank** | | **1800** | $1,742.28 |
| **Cross Creek:** | | | |
| **The Bank of Missouri** | | **0502** | |
| 3.9. **Great Southern Bank** | | **3679** | $2,007.16 |
| **Clever:** | | | |
| 3.10 **The Bank of Missouri** | | **0551** | |
| . **Great Southern Bank** | | **3768** | $1,314.22 |
| **Bolivar:** | | | |
| **The Bank of Missouri** | | **0544** | |
| **Bank of Bolivar** | | **0882** | |
| 3.11 **Commerce Bank** | | **9593** | |
| . **Great Southern Bank** | | **8603** | $8,451.20 |

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number *(If known)* **18-60523** |
|--------|--------------------------------------|---------------------------------------|
|        | Name                                 |                                       |

| | | | | |
|---|---|---|---|---|
| 3.12 | **Fair Grove:**<br>**The Bank of Missouri**<br>**Bank of Bolivar**<br>**Central Bank of the Ozarks**<br>**Great Southern Bank** | | **0528**<br>**8823**<br>**588**<br>**8611** | **$4,580.89** |
| 3.13 | **Branson 248:**<br>**The Bank of Missouri**<br>**Great Southern Bank** | | **0577**<br>**648** | **$397.90** |
| 3.14 | **Great Southern Bank - Nixa-Stonecrest** | | **1870** | **$0.00** |
| 3.15 | **Great Southern Bank - Repo** | | **5659** | **$0.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

                                                             **$278,025.62**

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

     7.1.   **Utility Deposits**                                                 **$550.00**

     7.2.   **Missouri State sales tax deposit**                              **$250.00**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          **Description, including name of holder of prepayment**

     8.1.   **Prepaid rent**                                             **$49,175.72**

     8.2.   **Prepaid expenses**                                        **$12,442.64**

     8.3.   **B&T Enterprises rent**                                    **$1,200.00**

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number *(If known)* **18-60523** |
|---|---|---|
| | Name | |

| 8.4. | **D-Man Properties lease** | $4,113.23 |
|---|---|---|

| 8.5. | **Hixson Properties rent** | $3,141.15 |
|---|---|---|

| 8.6. | **WD Properties lease** | $3,912.09 |
|---|---|---|

| 9. | **Total of Part 2.** | $74,784.83 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

**THIRD PARTY ACCOUNTS RECEIVABLE BALANCES (ESTIMATED)**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: Branson West | 179,716.31 | - | 0.00 | = .... | $179,716.31 |
| 11a. 90 days old or less: Rogersville | 159,192.64 | - | 0.00 | = .... | $159,192.64 |
| 11a. 90 days old or less: Hollister | 161,539.24 | - | 0.00 | = .... | $161,539.24 |
| 11a. 90 days old or less: Forsyth | 308,984.78 | - | 0.00 | = .... | $308,984.78 |
| 11a. 90 days old or less: Nixa | 228,004.44 | - | 0.00 | = .... | $228,004.44 |
| 11a. 90 days old or less: Fair Grove | 185,971.83 | - | 0.00 | = .... | $185,971.83 |
| 11a. 90 days old or less: Marshfield | 138,288.74 | - | 0.00 | = .... | $138,288.74 |
| 11a. 90 days old or less: Bolivar | 274,290.54 | - | 0.00 | = .... | $274,290.54 |

Debtor    **Family Pharmacy of Missouri, LLC**                 Case number *(If known)* **18-60523**
Name

| 11a. 90 days old or less:<br>Cross Creek | **111,100.81**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$111,100.81** |
|---|---|---|---|---|---|

| 11a. 90 days old or less:<br>Clever | **115,871.81**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$115,871.81** |
|---|---|---|---|---|---|

| 11a. 90 days old or less:<br>Branson 248 | **121,840.14**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$121,840.14** |
|---|---|---|---|---|---|

**CUSTOMER ACCOUNTS RECEIVABLE BALANCES  (ESTIMATED)**

| 11a. 90 days old or less:<br>Branson West | **859.79**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$859.79** |
|---|---|---|---|---|---|

| 11a. 90 days old or less:<br>Rogersville | **309.64**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$309.64** |
|---|---|---|---|---|---|

| 11a. 90 days old or less:<br>Hollister | **957.59**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$957.59** |
|---|---|---|---|---|---|

| 11a. 90 days old or less:<br>Forsyth | **4,178.76**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$4,178.76** |
|---|---|---|---|---|---|

| 11a. 90 days old or less:<br>Nixa | **1,532.99**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$1,532.99** |
|---|---|---|---|---|---|

| 11a. 90 days old or less:<br>Fair Grove | **849.64**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$849.64** |
|---|---|---|---|---|---|

| 11a. 90 days old or less:<br>Marshfield | **507.96**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$507.96** |
|---|---|---|---|---|---|

| 11a. 90 days old or less:<br>Bolivar | **5,641.11**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$5,641.11** |
|---|---|---|---|---|---|

| 11a. 90 days old or less:<br>Cross Creek | **357.72**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$357.72** |
|---|---|---|---|---|---|

| 11a. 90 days old or less:<br>Clever | **138.96**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | = .... | **$138.96** |
|---|---|---|---|---|---|

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 5

| Debtor | **Family Pharmacy of Missouri, LLC** | | Case number *(If known)* **18-60523** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 11a. 90 days old or less:<br>Branson 248 | **669.25**<br>face amount | -    **0.00** = ....<br>doubtful or uncollectible accounts | **$669.25** |

### OTHER ACCOUNTS RECEIVABLE

| | | | |
|---|---|---|---|
| 11a. 90 days old or less:<br>Amcon credit | **1,126.68**<br>face amount | -    **0.00** = ....<br>doubtful or uncollectible accounts | **$1,126.68** |
| 11a. 90 days old or less:<br>Barbour Publishing<br>credit | **1,842.00**<br>face amount | -    **0.00** = ....<br>doubtful or uncollectible accounts | **$1,842.00** |
| 11a. 90 days old or less:<br>Giftcraft credit | **17.60**<br>face amount | -    **0.00** = ....<br>doubtful or uncollectible accounts | **$17.60** |
| 11a. 90 days old or less:<br>Invacare credit | **3,752.41**<br>face amount | -    **0.00** = ....<br>doubtful or uncollectible accounts | **$3,752.41** |
| 11a. 90 days old or less:<br>Medline credit | **164.27**<br>face amount | -    **0.00** = ....<br>doubtful or uncollectible accounts | **$164.27** |
| 11a. 90 days old or less:<br>Park Designs credit | **10.80**<br>face amount | -    **0.00** = ....<br>doubtful or uncollectible accounts | **$10.80** |
| 11a. 90 days old or less:<br>Variety Distributors<br>credit | **430.08**<br>face amount | -    **0.00** = ....<br>doubtful or uncollectible accounts | **$430.08** |
| 11a. 90 days old or less:<br>Returned checks | **5,170.07**<br>face amount | -    **0.00** = ....<br>doubtful or uncollectible accounts | **$5,170.07** |
| 11a. 90 days old or less:<br>Officer – Lynn Morris | **24,250.00**<br>face amount | -    **24,250.00** = ....<br>doubtful or uncollectible accounts | **$0.00** |
| 11a. 90 days old or less:<br>INC | **53.40**<br>face amount | -    **53.40** = ....<br>doubtful or uncollectible accounts | **$0.00** |
| 11a. 90 days old or less:<br>FPM | **1,962,099.93**<br>face amount | -    **1,962,099.93** = ....<br>doubtful or uncollectible accounts | **$0.00** |

| 12. | **Total of Part 3.**<br>Current value on lines 11a + 11b = line 12.    Copy the total to line 82. | **$2,013,318.60** |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number *(If known)* **18-60523** |
|---|---|---|
| | Name | |

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **See SOFA #27** | | | | |
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies**  **Inventory** | | **$0.00** | | **$1,989,718.53** |

| | |
|---|---|
| 23.  **Total of Part 5.** | **$1,989,718.53** |
| Add lines 19 through 22.   Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**  **Furniture and Equipment** | **$1,475,369.79** | | **Unknown** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Family Pharmacy of Missouri, LLC**                                          Case number *(If known)*  **18-60523**
          <sub>Name</sub>

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and
       communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                          | $0.00 |
       Add lines 39 through 42.   Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☒ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2009 Chevrolet HHR Panel, LS Sport<br>Utility<br>VIN 3GCCA85B79S573521** | **Unknown** | Third-party estimated<br>wholesale value | **$400.00** |
| 47.2.    **2004 Chevrolet Express, Base All-Wheel<br>Drive G1500 Cargo Van,<br>VIN 1GCGG25U141164326** | **Unknown** | Third-party estimated<br>wholesale value | **$2,000.00** |
| 47.3.    **2003 Ford F-150, Commercial Cargo<br>Van,<br>VIN 1FTRE142438A06982** | **Unknown** | Third-party estimated<br>wholesale value | **$750.00** |
| 47.4.    **2001 Chevrolet Express Comm<br>Cutaway, Base w/11,000 lbs GVWR<br>Chassis 139 in. WB, DRW, VIN<br>1GBJG31R311169847** | **Unknown** | Third-party estimated<br>wholesale value | **$750.00** |
| 47.5.    **2011 Toyota Yaris, Base (M5) 5dr<br>Liftback, VIN JTDKT4K37B5326592** | **Unknown** | Third-party estimated<br>wholesale value | **$2,500.00** |
| 47.6.    **2014 Chevrolet Cruze, 1LT Auto 4dr<br>Sedan, VIN 1G1PC5SB5E7440921** | **Unknown** | Third-party estimated<br>wholesale value | **$6,300.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Family Pharmacy of Missouri, LLC** | | Case number *(If known)* | **18-60523** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.7. | **2013 Ford Transit Connect, XL Cargo Van, VIN NM0LS7AN1DT154938** | **Unknown** | Third-party estimated wholesale value | **$4,000.00** |
| 47.8. | **2012 Ford F-150, XL 4x4 Super Cab Styleside 6.5 ft. box 145 in. WB, VIN 1FTFX1EF9CFA70848** | **Unknown** | Third-party estimated wholesale value | **$12,200.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

**$28,900.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Leasehold improvements** | | $334,163.70 | | **Unknown** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$334,163.70**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Family Pharmacy of Missouri, LLC**                Case number *(If known)*  **18-60523**
          Name

☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Debtors have rights in certain copyrights, marks, trade names, domain names and other intellectual property.   Debtors are continuing to evaluate their intellectual property and will supplement this schedule as necessary.** | $0.00 | | Unknown |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Prescription / Customer Files** | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
☒ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |

71.    **Notes receivable**
       Description (include name of obligor)

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number *(If known)* **18-60523** |
|---|---|---|
| | Name | |

**72.**  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**  **Interests in insurance policies or annuities**

|  | |
|---|---|
| **Term Policy, U.S. Financial Ins., $0 Cash Surrender Value** | **$0.00** |

| | |
|---|---|
| **Protective Life Insurance, Term Policy, $0 Cash Surrender Value** | **$0.00** |

| | |
|---|---|
| **NOTE:   Life insurance policies are collaterally assigned to Bank of Missouri.** | **$0.00** |

**74.**  **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **See Global Notes.** | **Unknown** |
|---|---|
| Nature of claim | |
| Amount requested | **$0.00** |

**75.**  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **See Global Notes.** | **Unknown** |
|---|---|
| Nature of claim | |
| Amount requested | **$0.00** |

**76.**  **Trusts, equitable or future interests in property**

**77.**  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
|---|

**79.**  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Family Pharmacy of Missouri, LLC**                              Case number *(If known)*  **18-60523**
       Name

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$278,025.62** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$74,784.83** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$2,013,318.60** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$1,943,982.77** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$28,900.00** | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$4,339,011.82** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$4,339,011.82** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Family Pharmacy of Missouri, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   **18-60523**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Bank of Missouri** | Describe debtor's property that is subject to a lien | **$4,328,505.56** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**3807 South Campbell
Springfield, MO 65807-5339**

Creditor's mailing address

**Distribution Center / Warehouse - 4083 N. Hwy NN, Ozark, MO 65721**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 8196**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Bank of Missouri** | Describe debtor's property that is subject to a lien | **$755,437.40** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**3807 South Campbell
Springfield, MO 65807-5339**

Creditor's mailing address

**Describe the lien**

**Deed of Trust on Distribution Center/Warehouse, 4083 N. Hwy NN, Ozark, MO 65721**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 8388**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number (if know) | **18-60523** |
|---|---|---|---|

| Name |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank of Missouri** | Describe debtor's property that is subject to a lien | $7,546.92 | Unknown |
|---|---|---|---|---|

Creditor's Name

**3807 South Campbell
Springfield, MO 65807-5339**

Creditor's mailing address

**2012 F-150**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
3291**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Cardinal Health** | Describe debtor's property that is subject to a lien | $591,337.95 | Unknown |
|---|---|---|---|---|

Creditor's Name

**7000 Cardinal Place
Dublin, OH 43017**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Smith Drug Company, a
Division of** | Describe debtor's property that is subject to a lien | $5,136,834.35 | Unknown |
|---|---|---|---|---|

Creditor's Name

**J M Smith Corporation
Attn:   Office of Corporate
Counsel
101 W. St. John Street,
Suite 305
Spartanburg, SC 29306**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                  page 2 of 3

| Debtor | **Family Pharmacy of Missouri, LLC** | | Case number (if know) | **18-60523** |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $10,819,662.18

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lynn and Janet Morris**<br>**4230 Greenbriar**<br>**Nixa, MO 65714** | Line  **2.5** | |
| **Lynn Morris**<br>**4230 Greenbriar**<br>**Nixa, MO 65714** | Line  **2.4** | |
| **Lynn Morris**<br>**4230 Greenbriar**<br>**Nixa, MO 65714** | Line  **2.1** | |
| **Michael Langston**<br>**P. O. Box 5**<br>**Strafford, MO 65757** | Line  **2.4** | |
| **USDA-Rural Development**<br>**Rural Business-Cooperative Service**<br>**601 Business Loop 70 West**<br>**Parkade Center, Suite 325**<br>**Columbia, MO 65203** | Line  **2.1** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Family Pharmacy of Missouri, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    **18-60523**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Amcon Distributing Company**<br>**P. O. Box 2444**<br>**Springfield, MO 65801-2444**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$1,038.39** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**AT&T**<br>**P. O. Box 5001**<br>**Carol Stream, IL 60197-5001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utility**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$176.48** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Ayres Outdoor**<br>**18787 State Hwy 13**<br>**Reeds Spring, MO 65737**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$500.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Barbour Publishing, Inc.**<br>**P. O. Box 719**<br>**Uhrichsville, OH 44683**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$1,049.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    36538                    Best Case Bankruptcy

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number (if known) | **18-60523** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $544.95 |
|---|---|---|---|
| | **BarCharts Publishing, Inc.** | ☐ Contingent | |
| | **6000 Park of Commerce Blvd., Suite D** | ☐ Unliquidated | |
| | **Boca Raton, FL 33487** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.46 |
|---|---|---|---|
| | **Battery Outfitters** | ☐ Contingent | |
| | **P. O. Box 215** | ☐ Unliquidated | |
| | **Golden, MO 65658** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,613.78 |
|---|---|---|---|
| | **BSN Medical Inc.** | ☐ Contingent | |
| | **P. O. Box 751766** | ☐ Unliquidated | |
| | **Charlotte, NC 28275-1766** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.36 |
|---|---|---|---|
| | **City of Clever** | ☐ Contingent | |
| | **P. O. Box 52** | ☐ Unliquidated | |
| | **Clever, MO 65631** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Utility__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.12 |
|---|---|---|---|
| | **City of Rogersville** | ☐ Contingent | |
| | **P. O. Box 19** | ☐ Unliquidated | |
| | **Rogersville, MO 65742** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Utility__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.27 |
|---|---|---|---|
| | **Concordance - MMS** | ☐ Contingent | |
| | **2675 Solution Center** | ☐ Unliquidated | |
| | **Chicago, IL 60677-2006** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.50 |
|---|---|---|---|
| | **Dennis East International, LLC** | ☐ Contingent | |
| | **13 Willow Street** | ☐ Unliquidated | |
| | **Yarmouth Port, MA 02675** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **Family Pharmacy of Missouri, LLC** | | Case number (if known) | **18-60523** |
|---|---|---|---|---|
| | Name | | | |

---

**3.12** | Nonpriority creditor's name and mailing address
**Evergreen Enterprises**
P. O. Box 602961
Charlotte, NC 28260-2961

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset?  ☒ No  ☐ Yes

**$6,867.74**

---

**3.13** | Nonpriority creditor's name and mailing address
**Family Pharmacy, Inc.**
4101 N. Hwy NN
Ozark, MO 65721

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Inter-company debt__

Is the claim subject to offset?  ☒ No  ☐ Yes

**$3,951,696.99**

---

**3.14** | Nonpriority creditor's name and mailing address
**Garretson Trash Service, LLC**
1117 S. Lillian
Bolivar, MO 65613

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility__

Is the claim subject to offset?  ☒ No  ☐ Yes

**$38.50**

---

**3.15** | Nonpriority creditor's name and mailing address
**Giftcraft, Inc.**
P. O. Box 1270
Grand Island, NY 14072-8270

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset?  ☒ No  ☐ Yes

**$128.90**

---

**3.16** | Nonpriority creditor's name and mailing address
**Go Automotive**
1700 S. 16th Avenue
Ozark, MO 65721

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset?  ☒ No  ☐ Yes

**$164.22**

---

**3.17** | Nonpriority creditor's name and mailing address
**Golden Technologies**
401 Bridge Street
Old Forge, PA 18518

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset?  ☒ No  ☐ Yes

**$1,409.85**

---

**3.18** | Nonpriority creditor's name and mailing address
**HealthTAC Logistics, LLC**
4101 N. Hwy NN
Ozark, MO 65721

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Inter-company debt__

Is the claim subject to offset?  ☒ No  ☐ Yes

**$258,980.83**

---

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number (if known) | **18-60523** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$521.30** |
|---|---|---|---|

**Invacare**
P. O. Box 824056
Philadelphia, PA 19182-4056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,177.91** |
|---|---|---|---|

**Java Dave's Executive Coffee**
P. O. Box 581238
Tulsa, OK 74158-1238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$780.60** |
|---|---|---|---|

**Jelly Belly Candy Company**
P. O. Box 742799
Los Angeles, CA 90074-2799

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$106.55** |
|---|---|---|---|

**Kookaburra Licorice**
14512 167th Avenue SE
Monroe, WA 98272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38.40** |
|---|---|---|---|

**L. Frances Caramel Company, LLC**
2500C N. Lynndale Drive
Appleton, WI 54914

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
|---|---|---|---|

**Latika Body Essentials**
8906 Wall Street, Suite 101
Austin, TX 78754

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$670.16** |
|---|---|---|---|

**Leanin' Tree, LLC**
P. O. Box 9500
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number *(if known)* | **18-60523** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41.29** |
|---|---|---|---|

**MCI**
**P. O. Box 15043**
**Albany, NY 12212-5043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$544.43** |
|---|---|---|---|

**Medline Industries, Inc.**
**Dept. 1800**
**P. O. Box 121080**
**Dallas, TX 75312-1080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$673.54** |
|---|---|---|---|

**Midwest Distribution**
**313 SE Oldham Parkway**
**Lees Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,764.74** |
|---|---|---|---|

**NDC Homecare LLC**
**P. O. Box 37904, Dept. #171**
**Charlotte, NC 28237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.21** |
|---|---|---|---|

**Nixa Hardware & Seed Co.**
**P. O. Box 1560**
**Nixa, MO 65714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Nova Medical Products**
**1470 Beachey Place**
**Carson, CA 90746-4002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,863.00** |
|---|---|---|---|

**Onnen Company, Inc.**
**P. O. Box 3720**
**Urbandale, IA 50323-0720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number (if known) | **18-60523** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Ozark Electric Cooperative**
**P. O. Box 420**
**Mount Vernon, MO 65712-0420**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No ☐ Yes

$398.19

---

**3.34** | Nonpriority creditor's name and mailing address
**Ozarks Coca-Cola/Dr. Pepper**
**P. O. Box 11250**
**Springfield, MO 65808**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$779.38

---

**3.35** | Nonpriority creditor's name and mailing address
**Park Designs**
**P. O. Box 10038**
**Goldsboro, NC 27532**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$220.80

---

**3.36** | Nonpriority creditor's name and mailing address
**Public Water Supply District #3**
**507 Rinehart Road**
**Branson, MO 65616**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No ☐ Yes

$19.07

---

**3.37** | Nonpriority creditor's name and mailing address
**Raz Imports Inc.**
**1020 Eden Road**
**Arlington, TX 76001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$1,486.96

---

**3.38** | Nonpriority creditor's name and mailing address
**Select Nutrition**
**P. O. Box 419719**
**Boston, MA 02241-9719**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$1,034.23

---

**3.39** | Nonpriority creditor's name and mailing address
**Sonshine Enterprises**
**655 Werner Drive**
**Barboursville, WV 25504**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$312.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number (if known) | **18-60523** |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.35** |
|---|---|---|---|

**Surgical Appliance Industries**
**3960 Rosslyn Drive**
**Cincinnati, OH 45209-1195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,078.64** |
|---|---|---|---|

**Swan Creek Candle Co.**
**P. O. Box 239**
**Swanton, OH 43558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.50** |
|---|---|---|---|

**Taney County Regional Sewer District**
**P. O. Box 563**
**Forsyth, MO 65653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.97** |
|---|---|---|---|

**Taney County Water District #2**
**P. O. Box 122**
**Powersite, MO 65731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Utility**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86.08** |
|---|---|---|---|

**Tri Lakes Culligan**
**P. O. Box 210**
**Hollister, MO 65673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|

**Tri-Lakes Newspapers, Inc.**
**P. O. Box 1900**
**Branson, MO 65616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,439.99** |
|---|---|---|---|

**Variety Distributors, Inc.**
**P. O. Box 874169**
**Kansas City, MO 64187-4169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number (if known) | **18-60523** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$807.00** |
|---|---|---|---|

**White River Electric**
**P. O. Box 1518**
**Branson, MO 65615-1518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   __Utility__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **B&T Enterprises**<br>**601 N. National, Suite 114**<br>**Springfield, MO 65802** | Line __<br>☐ Not listed. Explain ___ | __ |
| 4.2 | **D-Man Properties, LLC**<br>**412 Britt Lane**<br>**Rogersville, MO 65742** | Line __<br>☐ Not listed. Explain ___ | __ |
| 4.3 | **Hixson Properties, LLC**<br>**Attn:   John H. Horton**<br>**4123 S. National Avenue**<br>**Springfield, MO 65807** | Line __<br>☐ Not listed. Explain ___ | __ |
| 4.4 | **Michael and Carolyn Langston**<br>**P. O. Box 5**<br>**Strafford, MO 65757** | Line __<br>☐ Not listed. Explain ___ | __ |
| 4.5 | **WD Properties XXXIII, LLC**<br>**1540 W. Battlefield**<br>**Springfield, MO 65807** | Line __<br>☐ Not listed. Explain ___ | __ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 4,251,239.63 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,251,239.63 |

**Fill in this information to identify the case:**

Debtor name  **Family Pharmacy of Missouri, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number (if known)  **18-60523**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Store 19 - Rent - 759 W. Washington St., Marshfield, MO 65706. Month to month.** |
| State the term remaining | |
| List the contract number of any government contract | **B&T Enterprises 601 N. National, Suite 114 Springfield, MO 65802** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Store 27 - Lease/Rent - 6809 State Hwy 14, Suite A, Clever, MO. Initial lease 6/1/11, 5-year terms.   Expires 5/31/2021.** |
| State the term remaining | |
| List the contract number of any government contract | **Clever Marketplace 2, LLC Attn:  Mr. Brad King P. O. Box 14909 Springfield, MO 65814-0909** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Store 5 - Lease - 432 Mill Street, Rogersville, MO 65742.   Expired 8/31/2017.** |
| State the term remaining | |
| List the contract number of any government contract | **D-Man Properties, LLC 412 Britt Lane Rogersville, MO 65742** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Store 28 - Lease - 1494 State Highway 248, Suite D, Branson, MO. Initial lease 7/10/11, 5-year term, 2-5-year options.   Expires 7/9/2020.** |
| State the term remaining | **Diversity Commercial Investments, LLC c/o R.B. Murray Co. Mgmt., LLC 2225 S. Blackman Road Springfield, MO 65809** |

Debtor 1  **Family Pharmacy of Missouri, LLC**                                    Case number *(if known)*  **18-60523**

First Name          Middle Name          Last Name

▮ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement dated 10/1/10 with Enterpise Fleet Management, Inc.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Enterprise Fleet Management, Inc.**<br>**P. O. Box 800089**<br>**Kansas City, MO 64180-0089** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Master Equity Lease Agreement dated 10/1/10 with Enterprise Fleet Management, Inc. and Enterprise FM Trust** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Fleet Management, Inc. and Enterprise FM Trust**<br>**P. O. Box 800089**<br>**Kansas City, MO 64180-0089** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Leasing Agreement dated January 1, 2010 with Family Pharmacy, Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Family Pharmacy, Inc.**<br>**4101 N. Hwy NN**<br>**Ozark, MO 65721** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Store 20 - Lease - 1326 W. Broadway, Bolivar, MO.   Initial lease 2/1/14, 3-year term, additional 3-year options.   Expired 1/31/2017.** | |
|---|---|---|---|
| | State the term remaining | | **Family Property Management, LLC**<br>**P. O. Box 949**<br>**Ozark, MO 65721** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse - Lease - 4083 N. Hwy NN, Ozark, MO.   Initial lease** | **Family Property Management, LLC**<br>**P. O. Box 949**<br>**Ozark, MO 65721** |
|---|---|---|---|

| Debtor 1 | **Family Pharmacy of Missouri, LLC** | | | Case number *(if known)* | **18-60523** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| State the term remaining | **2/1/14, 3-year term, additional 3-year options.   Expired 1/31/2017.** | |
| List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Store 16 - Lease - 49 E. Old Mill Rd., Fair Grove, MO 65648. Initial lease 7/1/11, 10-year term.** | |
|---|---|---|---|
| | State the term remaining | | **Family Property Management, LLC** |
| | List the contract number of any government contract | | **P. O. Box 949 Ozark, MO 65721** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Store 12 - Lease - 14974 US Highway 160, Forsyth, MO.   Initial lease 4/1/13, 3-year term, 2-3 year options. Expires 3/31/2019.** | |
|---|---|---|---|
| | State the term remaining | | **First Home Savings   Bank** |
| | List the contract number of any government contract | | **c/o R. Bradley Weaver, Registered Agent 142 E. First Street Mountain Grove, MO 65711** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Store 26 - Lease - 225 Cross Creek Blvd., Suite A, Branson, MO. Initial lease 12/10/10, 5-year term, 2-5-year options.   Expires 12/11/2020.** | |
|---|---|---|---|
| | State the term remaining | | **GGW Investments, LLC** |
| | List the contract number of any government contract | | **P. O. Box 329 Willow Springs, MO 65793** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Healthcare Pharmacy Network Agreements and Non-Disclosure Agreements dated 7/19/17 with Healthwise Pharmacies, Inc. related to Store Nos. 4, 5, 7, 12, 14, 16, 19, 20, 26, 27 and 28.** | |
|---|---|---|---|
| | State the term remaining | | **Healthwise Pharmacies, Inc. 9098 Fairforest Road Spartanburg, SC 29301** |

Debtor 1    **Family Pharmacy of Missouri, LLC**                                    Case number *(if known)*    **18-60523**

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |
|---|---|
| List the contract number of any government contract | |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Store 7 - Rent - 180 Mall Road, Hollister, MO. Month to month.** |
| State the term remaining | **Hixson Properties, LLC** |
| List the contract number of any government contract | **c/o John Horton 4123 S. National Avenue Springfield, MO 65807** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | **CRO Agreement** |
| State the term remaining | **Lloyd & MacLaughlin LLC** |
| List the contract number of any government contract | **4010 Washington Street, #100 Kansas City, MO 64111** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **Medicare DMEPOS Authorized Official Certification Statement and Signature - Family Pharmacy #4** |
| State the term remaining | **Medicare** |
| List the contract number of any government contract | **7500 Security Boulevard Windsor Mill, MD 21244-1850** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Medicare DMEPOS Authorized Official Certification Statement and Signature - Family Pharmacy #5** |
| State the term remaining | **Medicare** |
| List the contract number of any government contract | **7500 Security Boulevard Windsor Mill, MD 21244-1850** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Medicare DMEPOS Authorized Official Certification Statement and Signature - Family Pharmacy #7** |
| State the term remaining | **Medicare** |
| List the contract number of any | **7500 Security Boulevard Windsor Mill, MD 21244-1850** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Family Pharmacy of Missouri, LLC**                                    Case number *(if known)*  **18-60523**

First Name    Middle Name    Last Name

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Medicare DMEPOS Authorized Official Certification Statement and Signature - Family Pharmacy #12** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Medicare 7500 Security Boulevard Windsor Mill, MD 21244-1850** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Medicare DMEPOS Authorized Official Certification Statement and Signature - Family Pharmacy #14** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Medicare 7500 Security Boulevard Windsor Mill, MD 21244-1850** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Medicare DMEPOS Authorized Official Certification Statement and Signature - Family Pharmacy #16** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Medicare 7500 Security Boulevard Windsor Mill, MD 21244-1850** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Medicare DMEPOS Authorized Official Certification Statement and Signature - Family Pharmacy #19** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Medicare 7500 Security Boulevard Windsor Mill, MD 21244-1850** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Medicare DMEPOS Authorized Official Certification Statement and Signature - Family Pharmacy #20** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Medicare 7500 Security Boulevard Windsor Mill, MD 21244-1850** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Family Pharmacy of Missouri, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **18-60523**

▉ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Medicare DMEPOS Authorized Official Certification Statement and Signature - Family Pharmacy #26** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Medicare 7500 Security Boulevard Windsor Mill, MD 21244-1850** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Medicare DMEPOS Authorized Official Certification Statement and Signature - Family Pharmacy #27** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Medicare 7500 Security Boulevard Windsor Mill, MD 21244-1850** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Medicare DMEPOS Authorized Official Certification Statement and Signature - Family Pharmacy #28** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Medicare 7500 Security Boulevard Windsor Mill, MD 21244-1850** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (DME) - Family Pharmacy #4.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Missouri Medicaid 615 Howerton Court P. O. Box 6500 Jefferson City, MO 65102** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (Pharmacy) - Family Pharmacy #5.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Missouri Medicaid 615 Howerton Court P. O. Box 6500 Jefferson City, MO 65102** |

Debtor 1   **Family Pharmacy of Missouri, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **18-60523**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (DME) - Family Pharmacy #5.** | |
|---|---|---|---|
| | State the term remaining | | **Missouri Medicaid** |
| | List the contract number of any government contract | | **615 Howerton Court** **P. O. Box 6500** **Jefferson City, MO 65102** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (Pharmacy) - Family Pharmacy #7.** | |
|---|---|---|---|
| | State the term remaining | | **Missouri Medicaid** |
| | List the contract number of any government contract | | **615 Howerton Court** **P. O. Box 6500** **Jefferson City, MO 65102** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (DME) - Family Pharmacy #7.** | |
|---|---|---|---|
| | State the term remaining | | **Missouri Medicaid** |
| | List the contract number of any government contract | | **615 Howerton Court** **P. O. Box 6500** **Jefferson City, MO 65102** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (Pharmacy) - Family Pharmacy #12.** | |
|---|---|---|---|
| | State the term remaining | | **Missouri Medicaid** |
| | List the contract number of any government contract | | **615 Howerton Court** **P. O. Box 6500** **Jefferson City, MO 65102** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (DME) - Family Pharmacy #12.** | |
|---|---|---|---|
| | State the term remaining | | **Missouri Medicaid** |
| | List the contract number of any government contract | | **615 Howerton Court** **P. O. Box 6500** **Jefferson City, MO 65102** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (Pharmacy) - Family Pharmacy #14.** | **Missouri Medicaid** **615 Howerton Court** **P. O. Box 6500** **Jefferson City, MO 65102** |
|---|---|---|---|

| Debtor 1 | **Family Pharmacy of Missouri, LLC** | | Case number *(if known)* | **18-60523** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (DME) - Family Pharmacy #14.** | |
| | State the term remaining | | **Missouri Medicaid 615 Howerton Court P. O. Box 6500 Jefferson City, MO 65102** |
| | List the contract number of any government contract | | |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (Pharmacy) - Family Pharmacy #16** | |
| | State the term remaining | | **Missouri Medicaid 615 Howerton Court P. O. Box 6500 Jefferson City, MO 65102** |
| | List the contract number of any government contract | | |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (DME) - Family Pharmacy #16.** | |
| | State the term remaining | | **Missouri Medicaid 615 Howerton Court P. O. Box 6500 Jefferson City, MO 65102** |
| | List the contract number of any government contract | | |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (Pharmacy) - Family Pharmacy #19.** | |
| | State the term remaining | | **Missouri Medicaid 615 Howerton Court P. O. Box 6500 Jefferson City, MO 65102** |
| | List the contract number of any government contract | | |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (DME) - Family Pharmacy #19.** | |
| | State the term remaining | | **Missouri Medicaid 615 Howerton Court P. O. Box 6500 Jefferson City, MO 65102** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Family Pharmacy of Missouri, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **18-60523**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

2.40.  State what the contract or lease is for and the nature of the debtor's interest

**Missouri Medicaid Participation Agreement (Pharmacy) - Family Pharmacy #20**

State the term remaining

List the contract number of any government contract

**Missouri Medicaid
615 Howerton Court
P. O. Box 6500
Jefferson City, MO 65102**

---

2.41.  State what the contract or lease is for and the nature of the debtor's interest

**Missouri Medicaid Participation Agreement (DME) - Family Pharmacy #20.**

State the term remaining

List the contract number of any government contract

**Missouri Medicaid
615 Howerton Court
P. O. Box 6500
Jefferson City, MO 65102**

---

2.42.  State what the contract or lease is for and the nature of the debtor's interest

**Missouri Medicaid Participation Agreement (Pharmacy) - Family Pharmacy #26**

State the term remaining

List the contract number of any government contract

**Missouri Medicaid
615 Howerton Court
P. O. Box 6500
Jefferson City, MO 65102**

---

2.43.  State what the contract or lease is for and the nature of the debtor's interest

**Missouri Medicaid Participation Agreement (DME) - Family Pharmacy #26.**

State the term remaining

List the contract number of any government contract

**Missouri Medicaid
615 Howerton Court
P. O. Box 6500
Jefferson City, MO 65102**

---

2.44.  State what the contract or lease is for and the nature of the debtor's interest

**Missouri Medicaid Participation Agreement (Pharmacy) - Family Pharmacy #27**

State the term remaining

List the contract number of any government contract

**Missouri Medicaid
615 Howerton Court
P. O. Box 6500
Jefferson City, MO 65102**

---

2.45.  State what the contract or lease is for and the nature of

**Missouri Medicaid Participation**

**Missouri Medicaid
615 Howerton Court**

---

Debtor 1 **Family Pharmacy of Missouri, LLC**                                              Case number *(if known)* **18-60523**
        First Name          Middle Name          Last Name

███  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | the debtor's interest | **Agreement (DME) - Family Pharmacy #27.** | **P. O. Box 6500 Jefferson City, MO 65102** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (Pharmacy) - Family Pharmacy #28** | |
|---|---|---|---|
| | State the term remaining | | **Missouri Medicaid 615 Howerton Court P. O. Box 6500 Jefferson City, MO 65102** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Missouri Medicaid Participation Agreement (DME) - Family Pharmacy #28.** | |
|---|---|---|---|
| | State the term remaining | | **Missouri Medicaid 615 Howerton Court P. O. Box 6500 Jefferson City, MO 65102** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Service Agreement, #4** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Long Term Care Pharmacy Addendum, #4** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Services Agreement, #5** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |

Official Form 206G            Schedule G: Executory Contracts and Unexpired Leases            Page 10 of 15

| Debtor 1 | **Family Pharmacy of Missouri, LLC** | | Case number *(if known)* | **18-60523** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

---

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Long Term Care Pharmacy Addendum, #5** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc.** |
| | List the contract number of any government contract | | **c/o Melanie Maxwell, VP, RxSelect Svcs** <br> **3000 E. Memorial Road** <br> **Edmond, OK 73013** |

---

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Services Agreement, #7** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc.** |
| | List the contract number of any government contract | | **c/o Melanie Maxwell, VP, RxSelect Svcs** <br> **3000 E. Memorial Road** <br> **Edmond, OK 73013** |

---

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Long Term Care Pharmacy Addendum, #7** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc.** |
| | List the contract number of any government contract | | **c/o Melanie Maxwell, VP, RxSelect Svcs** <br> **3000 E. Memorial Road** <br> **Edmond, OK 73013** |

---

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Services Agreement, #12** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc.** |
| | List the contract number of any government contract | | **c/o Melanie Maxwell, VP, RxSelect Svcs** <br> **3000 E. Memorial Road** <br> **Edmond, OK 73013** |

---

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Long Term Care Pharmacy Addendum, #12** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc.** |
| | List the contract number of any government contract | | **c/o Melanie Maxwell, VP, RxSelect Svcs** <br> **3000 E. Memorial Road** <br> **Edmond, OK 73013** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Family Pharmacy of Missouri, LLC** _____   Case number *(if known)*   **18-60523**

    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Services Agreement, #14** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Long Term Care Pharmacy Addendum, #14** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Services Agreement, #16** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Long Term Care Pharmacy Addendum, #16** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Services Agreement, #19** | |
|---|---|---|---|
| | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Long Term Care Pharmacy Agreement, #19** | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Family Pharmacy of Missouri, LLC**

|  First Name | Middle Name | Last Name |

Case number *(if known)*   **18-60523**

---

◼ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |
|---|---|
|  | List the contract number of any government contract |

---

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Services Agreement, #20** | |
|---|---|---|---|
|  | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
|  | List the contract number of any government contract | | |

---

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Long Term Care Pharmacy Addendum, #20** | |
|---|---|---|---|
|  | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
|  | List the contract number of any government contract | | |

---

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Services Agreement, #26** | |
|---|---|---|---|
|  | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
|  | List the contract number of any government contract | | |

---

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Long Term Care Pharmacy Addendum, #26** | |
|---|---|---|---|
|  | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
|  | List the contract number of any government contract | | |

---

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Services Agreement, #27** | |
|---|---|---|---|
|  | State the term remaining | | **Pharmacy Providers of Oklahoma, Inc. c/o Melanie Maxwell, VP, RxSelect Svcs 3000 E. Memorial Road Edmond, OK 73013** |
|  | List the contract number of any government contract | | |

---

Official Form 206G   **Schedule G: Executory Contracts and Unexpired Leases**   Page 13 of 15

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Family Pharmacy of Missouri, LLC**                              Case number *(if known)*  **18-60523**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.67.** State what the contract or lease is for and the nature of the debtor's interest — **Long Term Care Pharmacy Addendum, #27**

State the term remaining

List the contract number of any government contract

**Pharmacy Providers of Oklahoma, Inc.**
**c/o Melanie Maxwell, VP, RxSelect Svcs**
**3000 E. Memorial Road**
**Edmond, OK 73013**

**2.68.** State what the contract or lease is for and the nature of the debtor's interest — **Pharmacy Services Agreement, #28**

State the term remaining

List the contract number of any government contract

**Pharmacy Providers of Oklahoma, Inc.**
**c/o Melanie Maxwell, VP, RxSelect Svcs**
**3000 E. Memorial Road**
**Edmond, OK 73013**

**2.69.** State what the contract or lease is for and the nature of the debtor's interest — **Long Term Care Pharmacy Addendum, #28**

State the term remaining

List the contract number of any government contract

**Pharmacy Providers of Oklahoma, Inc.**
**c/o Melanie Maxwell, VP, RxSelect Svcs**
**3000 E. Memorial Road**
**Edmond, OK 73013**

**2.70.** State what the contract or lease is for and the nature of the debtor's interest — **Store 4 - Lease - 18192 State Hwy 13, Suite A, Branson West, MO. Initial lease 6/2/10, 4-year term, 2-4-year options.   Expires 6/1/2018.**

State the term remaining

List the contract number of any government contract

**Robert E. Wilson Jr. Trust**
**3032C S. Fremont, Suite 100**
**Springfield, MO 65804**

**2.71.** State what the contract or lease is for and the nature of the debtor's interest — **Store 14 - Lease - 105 Ridgecrest Ave, Nixa, MO.   Expires 8/31/2020.**

State the term remaining

List the contract number of any government contract

**Warren Davis Properties XXXIII, L.L.C.**
**1540 W. Battlefield Road**
**Springfield, MO 65807**

Debtor 1  **Family Pharmacy of Missouri, LLC**                                    Case number *(if known)*   **18-60523**
_____
First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.72.   State what the contract or
lease is for and the nature of      **WEX Business Charge**
the debtor's interest               **Account Agreement**

State the term remaining
                                                        **WEX, Inc.**
List the contract number of any                         **97 Darling Avenue**
government contract                                      **South Portland, ME 04106**

**Fill in this information to identify the case:**

Debtor name  **Family Pharmacy of Missouri, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   **18-60523**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Family Pharmacy, Inc.** | **4101 N. Hwy NN**<br>**Ozark, MO 65721** | **Bank of Missouri** | ☒ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Lynn & Janet Morris** | **4101 N. Hwy NN**<br>**Ozark, MO 65721** | **Bank of Missouri** | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Lynn and Janet Morris** | **4230 Greenbriar**<br>**Nixa, MO 65714** | **Smith Drug Company, a Division of** | ☒ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Lynn and Janet Morris** | **4230 Greenbriar**<br>**Nixa, MO 65714** | **Bank of Missouri** | ☒ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Lynn Morris** | **4230 Greenbriar**<br>**Nixa, MO 65714** | **Cardinal Health** | ☒ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Family Pharmacy of Missouri, LLC** | | Case number *(if known)* | **18-60523** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.6 | **Lynn Morris** | 4230 Greenbriar<br>Nixa, MO 65714 | **Bank of Missouri** | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Michael Langston** | P. O. Box 5<br>Strafford, MO 65757 | **Cardinal Health** | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Michael Langston** | P. O. Box 5<br>Strafford, MO 65757 | **Bank of Missouri** | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **USDA-Rural Development** | **Rural Business-Cooperative Service<br>601 Business Loop 70 West<br>Parkade Center, Suite 325<br>Columbia, MO 65203** | **Bank of Missouri** | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Family Pharmacy of Missouri, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    **18-60523**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From    **1/01/2018** to **Filing Date** | ☒ Operating a business<br>☐ Other | **$8,930,500.68** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From    **1/01/2018** to **Filing Date** | **Commissions, discounts, service charge, interest income and intercompany interest income** | **$35,748.71** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | **Amcon Distributing Company**<br>**P. O. Box 2444**<br>**Springfield, MO 65801-2444** | **2/9/18,<br>3/2/18,<br>3/23/18** | **$2,770.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Family Pharmacy of Missouri, LLC** | | Case number (*if known*) | **18-60523** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Ayres Outdoor**<br>18787 State Hwy 13<br>Reeds Spring, MO 65737 | 2/2/18,<br>2/23/18,<br>3/23/18 | $1,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **B&T Enterprises**<br>601 N. National, Suite 114<br>Springfield, MO 65802 | 2/2/18,<br>3/2/18,<br>3/30/18 | $4,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **Battery Outfitters**<br>P. O. Box 215<br>Golden, MO 65658 | 2/15/18,<br>3/9/18,<br>3/16/18 | $135.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **BSN Medical Inc.**<br>P. O. Box 751766<br>Charlotte, NC 28275-1766 | 2/9/18,<br>2/15/18,<br>2/23/18,<br>3/9/18,<br>3/30/18 | $1,354.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **Cardinal Health**<br>7000 Cardinal Place<br>Dublin, OH 43017 | 2/16/18,<br>2/23/18,<br>2/23/18,<br>3/9/18,<br>3/30/18,<br>4/6/18,<br>4/20/18 | $350,000.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **City of Clever**<br>P. O. Box 52<br>Clever, MO 65631 | 2/9/18,<br>3/9/18,<br>4/10/18 | $75.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. **Clever Marketplace 2, LLC**<br>Attn:  Brad King<br>P. O. Box 14909<br>Springfield, MO 65814-0909 | 2/2/18,<br>3/9/18,<br>4/10/18 | $13,459.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. **Diversity Commercial Investments, LLC**<br>c/o R.B. Murray Co. Mgmt., LLC<br>2225 S. Blackman Road<br>Springfield, MO 65809 | 2/2/18,<br>3/9/18,<br>4/10/18 | $12,127.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Family Pharmacy of Missouri, LLC** | | | Case number *(if known)*   **18-60523** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **D-Man Properties, LLC**<br>412 Britt Lane<br>Rogersville, MO 65742 | 2/2/18,<br>3/2/18,<br>3/30/18,<br>4/27/18 | $16,452.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Evergreen Enterprises**<br>P. O. Box 602961<br>Charlotte, NC 28260-2961 | 2/2/18,<br>3/2/18,<br>3/16/18 | $2,310.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Garretson Trash Service, LLC**<br>1117 S. Lillian<br>Bolivar, MO 65613 | 2/9/18,<br>3/16/18,<br>4/10/18 | $96.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **GGW Investments, LLC**<br>P. O. Box 329<br>Willow Springs, MO 65793 | 2/2/18,<br>3/9/18,<br>4/10/18 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Giftcraft, Inc.**<br>P. O. Box 1270<br>Grand Island, NY 14072-8270 | 2/9/18,<br>2/23/18,<br>3/2/18,<br>3/30/18 | $3,608.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Go Automotive**<br>1700 S. 16th Avenue<br>Ozark, MO 65721 | 2/2/18,<br>2/9/18,<br>2/23/18,<br>3/9/18,<br>3/30/18 | $1,215.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Golden Technologies**<br>401 Bridge Street<br>Old Forge, PA 18518 | 2/23/18,<br>3/23/18 | $1,365.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **Hixson Properties, LLC**<br>4123 S. National Avenue<br>Springfield, MO 65807 | 2/2/18,<br>3/2/18,<br>3/30/18,<br>4/27/18 | $12,564.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Family Pharmacy of Missouri, LLC**                                    Case number *(if known)*  **18-60523**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.18<br>· | **Java Dave's Executive Coffee**<br>**P. O. Box 581238**<br>**OK 74185-1238** | **2/9/18,**<br>**3/16/18** | **$1,534.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19<br>· | **Kookaburra Licorice**<br>**14512 167th Avenue SE**<br>**Monroe, WA 98272** | **3/16/18** | **$253.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20<br>· | **Latika Body Essentials**<br>**8906 Wall Street, Suite 101**<br>**Austin, TX 78754** | **3/30/18** | **$320.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21<br>· | **Leanin' Tree, LLC**<br>**P. O. Box 9500**<br>**Boulder, CO 80301** | **2/9/18,**<br>**3/30/18** | **$150.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.22<br>· | **MCI**<br>**PO Box 371838**<br>**Pittsburgh, PA 15250** | **2/9/18,**<br>**3/9/18,**<br>**4/10/18** | **$127.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.23<br>· | **Medline Industries, Inc.**<br>**Dept. 1080**<br>**P. O. Box 121080**<br>**Dallas, TX 75312-1080** | **2/2/18,**<br>**2/9/18,**<br>**3/2/18,**<br>**3/9/18,**<br>**3/23/18** | **$307.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.24<br>· | **Midwest Distribution**<br>**313 SE Oldham Parkway**<br>**Lees Summit, MO 64081** | **2/15/18,**<br>**2/23/18** | **$427.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.25<br>· | **Midwest Fibre Sales Corporation**<br>**P. O. Box 1901**<br>**Springfield, MO 65801** | **3/6/18** | **$35.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Family Pharmacy of Missouri, LLC** | | | Case number *(if known)* **18-60523** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.26. | **NDC Homecare LLC**<br>P. O. Box 37904, Dpt. 171<br>Charlotte, NC 28237 | 2/2/18,<br>2/9/18,<br>2/15/18,<br>2/15/18,<br>3/2/18,<br>3/9/18,<br>3/16/18,<br>3/23/18,<br>3/30/18 | $4,221.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.27. | **Nixa Chamber of Commerce**<br>P. O. Box 548<br>Nixa, MO 65714 | 3/16/18,<br>3/30/18 | $517.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.28. | **Ozark Electric Cooperative**<br>P. O. Box 420<br>Mount Vernon, MO 65712-0420 | 2/2/18,<br>2/23/18,<br>3/23/18,<br>3/30/18 | $1,203.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.29. | **Ozarks Coca-Cola/Dr. Pepper**<br>P. O. Box 11250<br>Springfield, MO 65808 | 2/2/18,<br>2/15/18,<br>3/2/18,<br>3/23/18,<br>3/30/18 | $1,763.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.30. | **Public Water Supply District #3**<br>507 Rinehart Road<br>Branson, MO 65616 | 2/9/18,<br>3/9/18,<br>4/10/18 | $59.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.31. | **Raz Imports Inc.**<br>1020 Eden Road<br>Arlington, TX 76001 | 3/30/18 | $1,700.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.32. | **Rents Due, LLC**<br>c/o Maples Properties, L.L.C.<br>3032C S. Fremont, Suite 100<br>Springfield, MO 65804 | 2/2/18,<br>3/9/18,<br>3/26/18,<br>4/10/18 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.33. | **Robert E. Wilson Jr. Trust**<br>3032C S. Fremont, Suite 1000<br>Springfield, MO 65804 | 2/2/18,<br>3/9/18,<br>4/10/18 | $10,920.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Family Pharmacy of Missouri, LLC**                                    Case number *(if known)*   **18-60523**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.34. **Script Pro Pharmacy Automation**<br>P. O. Box 809004<br>Kansas City, MO 64180-9004 | 2/2/18,<br>2/23/18,<br>3/30/18,<br>4/27/18 | $2,349.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.35. **Select Nutrition**<br>P. O. Box 419719<br>Boston, MA 02241-9719 | 2/2/18,<br>2/15/18,<br>2/23/18,<br>3/2/18,<br>3/9/18,<br>3/16/18,<br>3/30/18 | $6,404.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.36. **Smith Drug Company, a Division of<br>J M Smith Corporation**<br>Attn:   Office of Corporate Counsel<br>Spartanburg, SC 29306 | 2/2/18,<br>2/5/18,<br>2/9/18,<br>2/16/18,<br>2/21/18,<br>3/1/18,<br>3/8/18,<br>3/27/18,<br>4/3/18,<br>4/4/18,<br>4/9/18,<br>4/18/18,<br>4/25/18,<br>4/27/18 | $3,702,276.15 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.37. **Surgical Appliance Industries**<br>3960 Rosslyn Drdive<br>Cincinnati, OH 45209-1195 | 2/15/18,<br>3/30/18 | $204.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.38. **Taney County Regional Sewer District**<br>P. O. Box 563<br>Forsyth, MO 65653 | 2/15/18,<br>3/16/18,<br>4/13/18 | $112.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.39. **Tri Lakes Culligan**<br>P. O. Box 210<br>939 Victor Church<br>Hollister, MO 65673 | 2/2/18,<br>2/9/18,<br>3/16/18,<br>4/13/18 | $142.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.40. **Tri-Lakes Newspapers, Inc.**<br>P. O. Box 1900<br>Branson, MO 65616 | 2/15/18 | $783.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    **Family Pharmacy of Missouri, LLC**                                    Case number *(if known)*  **18-60523**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41. **Variety Distributors, Inc.**<br>**P. O. Box 874169**<br>**Kansas City, MO 64187-4169** | **2/2/18,**<br>**2/15/18,**<br>**3/23/18** | **$7,727.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.42. **WD Properties XXXIII, LLC**<br>**1540 W. Battlefield**<br>**Springfield, MO 65807** | **2/2/18,**<br>**3/2/18,**<br>**3/30/18,**<br>**4/27/18** | **$15,648.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.43. **White River Electric**<br>**P. O. Box 1518**<br>**Branson, MO 65615-1518** | **2/9/18,**<br>**2/23/18,**<br>**3/2/18,**<br>**3/9/18,**<br>**3/30/18** | **$2,758.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **NOTE** | **In the ordinary course of business, Debtor periodically returns pharmaceuticals and other inventory on a regular basis.** | | **$45,735.76** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor    **Family Pharmacy of Missouri, LLC**                                        Case number *(if known)*  **18-60523**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **See attached.** | | | ☐ Pending ☐ On appeal ☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Family Pharmacy of Missouri, LLC**                     Case number *(if known)*   **18-60523**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | In the past 12 months (i.e. from May 1, 2017 through the Petition Date of April 30, 2018), Husch Blackwell has billed and been paid a total of $103,713.50 in fees and $6,049.11 in costs (including the five Chapter 11 filing fees of $5,835.00) by the Debtors.   Husch Blackwell previously received a pre-petition retainer to be used to secure payment for fees and expenses incurred by Husch Blackwell in its representation of Debtors, which now stands at $65,982.39 as of the Petition Date. | | |
| **Husch Blackwell LLP** | | | $109,762.61 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 **Lynn and Janet Morris** **4230 Greenbriar** **Nixa, MO 65714** | **2 storage units that contain personal effects and no business property.** | | $0.00 |
| **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **P. O. Box 949** **Ozark, MO 65721** | **Currently in use** |

Debtor    **Family Pharmacy of Missouri, LLC**                                    Case number *(if known)*    **18-60523**

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.2. | **4101 N. State Hwy NN** **Ozark, MO 65721** | **Currently in use** |
| 14.3. | **1156 W. Jackson** **Ozark, MO 65721** | **Currently in use** |
| 14.4. | **1114 W. Jackson** **Ozark, MO 65721** | **Previous corporate office** |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

   **See attached.**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Family Pharmacy of Missouri, LLC**                                    Case number *(if known)*   **18-60523**

---

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Storage** | **Family Pharmacy has utilized off site storage primarily for old signage, building material remnants, and overall non-sellable materials. As of the Petition Date, Debtor does not have any offsite storage units in use.** | | ☒ No<br>☐ Yes |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Coca-Cola Bottling Company**<br>**1777 N. Packer Road**<br>**Springfield, MO 65803** | **Store No. 4**<br>**18192 Business 13, Suite A**<br>**Branson West, MO 65737** | **Coca-Cola Cooler** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Fordland Clinic, Inc.**<br>**1059 Barton Drive**<br>**Fordland, MO 65652** | **Store No. 4**<br>**18192 Business 13, Suite A**<br>**Branson West, MO 65737** | **Branson West 340b Drug Inventory** | **$7,915.97** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Coca-Cola Bottling Company**<br>**1777 N. Packer Road**<br>**Springfield, MO 65803** | **Store No. 5**<br>**432 S. Mill Street**<br>**Rogersville, MO 65742** | **Coca-Cola Cooler** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Fordland Clinic, Inc.**<br>**1059 Barton Drive**<br>**Fordland, MO 65652** | **Store No. 5**<br>**432 S. Mill Street**<br>**Rogersville, MO 65742** | **Rogersville 340b Drug Inventory** | **$7,923.59** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Coca-Cola Bottling Company**<br>**1777 N. Packer Road**<br>**Springfield, MO 65803** | **Store No. 7**<br>**180 Mall Road, Suite A & B**<br>**Hollister, MO 65672** | **Coca-Cola Cooler** | **$0.00** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Family Pharmacy of Missouri, LLC**                              Case number *(if known)*  **18-60523**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Chesapeake Valley Water Co.**<br>**P. O. Box 10841**<br>**Springfield, MO 65808** | **Store No. 7**<br>**180 Mall Road, Suite A & B**<br>**Hollister, MO 65672** | **Chesapeake water cooler** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Coca-Cola Bottling Company**<br>**1777 N. Packer Road**<br>**Springfield, MO 65803** | **Store No. 12**<br>**14974 State Hwy. 160**<br>**Forsyth, MO 65653** | **Coca-Cola Cooler** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Chesapeake Valley Water Co.**<br>**P. O. Box 10841**<br>**Springfield, MO 65808** | **Store No. 12**<br>**14974 State Hwy. 160**<br>**Forsyth, MO 65653** | **Chesapeake water cooler** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Coca-Cola Bottling Company**<br>**1777 N. Packer Road**<br>**Springfield, MO 65803** | **Store No. 14**<br>**105 Ridgecrest, Suite 1 and 2**<br>**Nixa, MO 65714** | **Coca-Cola Cooler** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Coca-Cola Bottling Company**<br>**1777 N. Packer Road**<br>**Springfield, MO 65803** | **Store No. 20**<br>**1326 W. Broadway**<br>**Bolivar, MO 65613** | **Coca-Cola Cooler** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Chesapeake Valley Water Co.**<br>**P. O. Box 10841**<br>**Springfield, MO 65808** | **Store No. 20**<br>**1326 W. Broadway**<br>**Bolivar, MO 65613** | **Chesapeake water cooler** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Coca-Cola Bottling Company**<br>**1777 N. Packer Road**<br>**Springfield, MO 65803** | **Store No. 27**<br>**6809 State Hwy. 14, Suite A**<br>**Clever, MO 65631** | **Coca-Cola Cooler** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Chesapeake Valley Water Co.**<br>**P. O. Box 10841**<br>**Springfield, MO 65808** | **Store No. 27**<br>**6809 State Hwy. 14, Suite A**<br>**Clever, MO 65631** | **Chesapeake water cooler** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Coca-Cola Bottling Company**<br>**1777 N. Packer Road**<br>**Springfield, MO 65803** | **Store No. 28**<br>**1494 State Hwy. 248, Suite D**<br>**Branson, MO 65616** | **Coca-Cola Cooler** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Pitney Bowes Global Financial Services**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | **Warehouse**<br>**4083 N. State Hwy. NN**<br>**Ozark, MO 65721** | **Postage Machine** | **$0.00** |

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor   **Family Pharmacy of Missouri, LLC**                                    Case number *(if known)*  **18-60523**

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Robinson and Company**<br>**1304B E. Woodhurst Drive**<br>**Springfield, MO 65804** | **2015, 2016** |
| 26a.2.   **Abacus CPAs, LLC**<br>**1835 E. Republic Rd., Suite 200**<br>**Springfield, MO 65804** | **2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Family Pharmacy of Missouri, LLC**                                          Case number *(if known)*  **18-60523**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Abacus CPAs, LLC**<br>**1835 E. Republic Rd., Suite 200**<br>**Springfield, MO 65804** | **2017-present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Robinson and Company**<br>**1304B E. Woodhurst Drive**<br>**Springfield, MO 65804** | **2015, 2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Tim Stallion, CFO**<br>**Family Pharmacy, Inc.**<br>**4101 N. State Hwy NN**<br>**Ozark, MO 65721** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **The Bank of Missouri**<br>**1301 W. South Street**<br>**Ozark, MO 65721** |
| 26d.2.   **The Bank of Missouri**<br>**3427 William Street**<br>**Cape Girardeau, MO 63701** |
| 26d.3.   **JM Smith Corporation**<br>**101 West St. John Street**<br>**Spartanburg, SC 29306** |
| 26d.4.   **Smith Drug Company**<br>**9098 Fairforest Road**<br>**Spartanburg, SC 29301** |
| 26d.5.   **Cardinal Health**<br>**7000 Cardinal Place**<br>**Dublin, OH 43017** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1   **See attached.** | | |
| | | |

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number *(if known)* **18-60523** |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lynn Morris | 4230 Greenbriar<br>Nixa, MO 65714 | Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James MacLaughlin | 4010 Washington Street, #100<br>Kansas City, MO 64111 | Chief Restructuring Officer | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Family Pharmacy of Missouri, LLC**                                Case number *(if known)*   **18-60523**

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **6/5/18**

*/s/ Timothy Stallion*                                              **Timothy Stallion**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

SOFA Question 7: Audits

To the best of the Debtor's knowledge and belief, there are no outstanding audits or requests for desk top audit that have not been performed.  In the ordinary course of business, the Debtor regularly receives requests for audits for individual prescriptions.  Debtor provides the documentation back to the requesting agency.  These are done in the ordinary course and can include audits from Medicare on behalf of Medicare Part B, Medicaid, and PBMs (pharmacy benefits managers) on behalf of Medicare Part D.

SOFA Question 16 - Personally Identifiable Information
In the ordinary course of business, Debtor collects and maintains HIPAA regulated protected health information to include, but not limited to, patient name, date of birth, address, phone number, diagnosis codes, prescription information, payment information, insurance claim numbers including social security and Medicare numbers, insurance billing information, and physician information.

| Store Name | Store # | Entity | Date | Total | Persons Conducting Inventory |
|---|---|---|---|---|---|
| Ozark Retail | 1 | Inc | 12/29/2016 | $442,944.37 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Tim Stallion, BJ Roberts, Mandy Jones, Carmen Soto, Prisicilla Schmidt, Sam Underwood, Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry |
| | | | 12/28/2017 | $187,243.30 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Bobbie Wolfe |
| Sparta | 6 | Inc | 12/29/2016 | $239,006.60 | BJ Roberts, Mandy Jones, Carmen Soto, Priscilla Schmidt, |
| | | | 12/28/2017 | $215,061.88 | Mandy Jones, Carmen Soto, Priscilla Schmidt, Aubrey Ward, Jessie Hunt, Shanda Moore |
| Willard | 8 | Inc | 12/29/2016 | $207,209.70 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Tim Stallion |
| | | | 12/28/2017 | $140,422.73 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Bobbie Wolfe |
| Republic | 9 | Inc | 12/30/2016 | $220,246.53 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Tim Stallion |
| | | | 12/29/2017 | $113,918.80 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Bobbie Wolfe |
| Ozark HC | 10 | Inc | 12/29/2016 | $304,397.14 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Tim Stallion |
| | | | 12/28/2017 | $244,150.15 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Bobbie Wolfe |
| Lakewood | 11 | Inc | 12/29/2016 | $182,167.75 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Tim Stallion |
| | | | 12/28/2017 | $168,170.25 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Bobbie Wolfe |
| Joplin | 18 | Inc | 12/30/2016 | $396,915.84 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Tim Stallion |
| | | | 12/29/2017 | $247,107.23 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Bobbie Wolfe |
| Kearney | 23 | Inc | 12/29/2016 | $200,692.20 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Tim Stallion |
| | | | 12/28/2017 | $212,015.67 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Bobbie Wolfe |
| Ava | 25 | Inc | 12/29/2016 | $293,427.08 | BJ Roberts, Mandy Jones, Carmen Soto, Priscilla Schmidt, |
| | | | 12/28/2017 | $211,169.93 | Mandy Jones, Carmen Soto, Priscilla Schmidt, Aubrey Ward, Jessie Hunt, Shanda Moore |
| Specialty | 29 | Inc | 12/31/2016 | $24,907.71 | Desiree Rojas, Chad Rollins, |
| | | | 12/28/2017 | $49,729.52 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Tim Stallion, Desiree Rojas, Chad Rollins, |

| Store Name | Store # | Entity | Date | Total | Persons Conducting Inventory |
|---|---|---|---|---|---|
| Branson West | 4 | LLC | 12/30/2016 | $260,966.51 | Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry |
| | | | 12/28/2017 | $165,546.86 | Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry, Regina Sporleder |
| Rogersville | 5 | LLC | 12/29/2016 | $227,433.39 | BJ Roberts, Mandy Jones, Carmen Soto, Priscilla Schmidt, |
| | | | 12/28/2017 | $196,843.72 | Mandy Jones, Carmen Soto, Priscilla Schmidt, Aubrey Ward, Jessie Hunt, Shanda Moore |
| Hollister | 7 | LLC | 12/30/2016 | $210,871.16 | Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry |
| | | | 12/28/2017 | $125,633.37 | Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry, Regina Sporleder |
| Forsyth | 12 | LLC | 12/30/2016 | $298,829.31 | Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry |
| | | | 12/29/2017 | $178,335.90 | Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry, Regina Sporleder |
| Nixa | 14 | LLC | 12/29/2016 | $276,978.06 | Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry |
| | | | 12/28/2017 | $235,236.37 | Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry, Regina Sporleder |
| Fair Grove | 16 | LLC | 12/30/2016 | $204,980.73 | BJ Roberts, Mandy Jones, Carmen Soto, Priscilla Schmidt, |
| | | | 12/29/2017 | $117,480.64 | Mandy Jones, Carmen Soto, Priscilla Schmidt, Aubrey Ward, Jessie Hunt, Shanda Moore |
| Marshfield | 19 | LLC | 12/30/2016 | $131,296.21 | BJ Roberts, Mandy Jones, Carmen Soto, Priscilla Schmidt, |
| | | | 12/29/2017 | $126,939.34 | Mandy Jones, Carmen Soto, Priscilla Schmidt, Aubrey Ward, Jessie Hunt, Shanda Moore |
| Bolivar | 20 | LLC | 12/30/2016 | $256,433.14 | BJ Roberts, Mandy Jones, Carmen Soto, Priscilla Schmidt, |
| | | | 12/28/2017 | $137,834.07 | Mandy Jones, Carmen Soto, Priscilla Schmidt, Aubrey Ward, Jessie Hunt, Shanda Moore |
| Cross Creek | 26 | LLC | 12/30/2016 | $171,228.78 | Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry |
| | | | 12/29/2017 | $121,017.30 | Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry, Regina Sporleder |
| Clever | 27 | LLC | 12/30/2016 | $195,390.49 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Tim Stallion |
| | | | 12/29/2017 | $166,834.61 | Carrie Tennis, Brenda Morisset, Wade Shelton, Madison Tennis, Bobbie Wolfe |
| Branson 248 | 28 | LLC | 12/29/2016 | $144,853.78 | Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry |
| | | | 12/28/2017 | $121,945.99 | Renee Krol, Brian Bingham, Pam Poe, Heidi Jenkins, Doris Arterberry, Regina Sporleder |

| Store | Entity | Store # | Date | Total | Persons Conducting Inventory |
|---|---|---|---|---|---|
| Strafford | Strafford Inc | 2 | 12/30/2016 | $207,126.92 | BJ Roberts, Mandy Jones, Carmen Soto, Priscilla Schmidt, Tim Stallion |
| | | | 12/29/2017 | $147,890.91 | Mandy Jones, Carmen Soto, Priscilla Schmidt, Aubrey Ward, Jessie Hunt, Shanda Moore |

| Store | Entity | Store # | Date | Total | Persons Conducting Inventory |
|-------|--------|---------|------|-------|------------------------------|
| HealthTAC | HealthTAC | N/A | 12/31/2016 | $399,092.77 | Sarah Tobin, Jason Davis, Eric Meyers |
| | | | 12/31/2016 | $185,044.45 | Sarah Tobin, Jason Davis, Eric Meyers |