**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Family Pharmacy of Missouri, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | **18-60523** |

☒ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | **Banc of California, N.A.**
Creditor's Name

P. O. Box 24986
Seattle, WA 98124
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Point of Sale Equipment**

**Describe the lien**
**Equipment Finance and Security Agreement**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$109,496.39**    Value: **Unknown**

---

**2.2** | **Bank of Missouri**
Creditor's Name

3807 South Campbell
Springfield, MO 65807-5339
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**8196**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

**Describe debtor's property that is subject to a lien**
**Distribution Center / Warehouse - 4083 N. Hwy NN, Ozark, MO 65721**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Amount: **$4,328,505.56**    Value: **Unknown**

---

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number (if know) | **18-60523** |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.3** **Bank of Missouri**
Creditor's Name

**3807 South Campbell Springfield, MO 65807-5339**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 8388**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Deed of Trust on Distribution Center/Warehouse, 4083 N. Hwy NN, Ozark, MO 65721**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$755,437.40**    **Unknown**

---

**2.4** **Bank of Missouri**
Creditor's Name

**3807 South Campbell Springfield, MO 65807-5339**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 3291**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2012 Ford F-150**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,546.92**    **Unknown**

---

**2.5** **Cardinal Health**
Creditor's Name

**7000 Cardinal Place Dublin, OH 43017**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Trade Debt**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**

**$591,337.95**    **Unknown**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 4

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number (if know) | **18-60523** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Smith Drug Company, a Division of** | **Describe debtor's property that is subject to a lien** | **$11,206,938.48** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Asserted third priority blanket liens as more fully set forth in the DIP motion.** | | |
| | **J M Smith Corporation Attn: Office of Corporate Counsel 101 W. St. John Street, Suite 305 Spartanburg, SC 29306** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Total Trade Debt Under Supply Agreement**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Smith Drug Company, a Division of** | **Describe debtor's property that is subject to a lien** | **$6,713,218.16** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Asserted third priority blanket liens as more fully set forth in the DIP motion.** | | |
| | **J M Smith Corporation Attn: Office of Corporate Counsel 101 W. St. John Street, Suite 305 Spartanburg, SC 29306** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Note Payable**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number (if know) | **18-60523** |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$23,712,480.86**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lynn Morris**<br>**4230 Greenbriar**<br>**Nixa, MO 65714** | Line **2.6** | |
| **Lynn Morris**<br>**4230 Greenbriar**<br>**Nixa, MO 65714** | Line **2.7** | |
| **Lynn Morris**<br>**4230 Greenbriar**<br>**Nixa, MO 65714** | Line **2.5** | |
| **Lynn and Janet Morris**<br>**4230 Greenbriar**<br>**Nixa, MO 65714** | Line **2.2** | |
| **Michael Langston**<br>**P. O. Box 5**<br>**Strafford, MO 65757** | Line **2.5** | |
| **USDA-Rural Development**<br>**Rural Business-Cooperative Service**<br>**601 Business Loop 70 West**<br>**Parkade Center, Suite 325**<br>**Columbia, MO 65203** | Line **2.2** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Family Pharmacy of Missouri, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | **18-60523** |

☒ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Family Pharmacy of Strafford, Inc. | 307 E. Old Route 66 Strafford, MO 65757 | Smith Drug Company, a Division of | ☒ D __2.6__ ☐ E/F ___ ☐ G ___ |
| 2.2 | Family Pharmacy of Strafford, Inc. | 307 E. Old Route 66 Strafford, MO 65757 | Smith Drug Company, a Division of | ☒ D __2.7__ ☐ E/F ___ ☐ G ___ |
| 2.3 | Family Pharmacy, Inc. | 4101 N. State Hwy NN Ozark, MO 65721 | Bank of Missouri | ☒ D __2.3__ ☐ E/F ___ ☐ G ___ |
| 2.4 | Family Pharmacy, Inc. | 4101 N. State Hwy NN Ozark, MO 65721 | Smith Drug Company, a Division of | ☒ D __2.6__ ☐ E/F ___ ☐ G ___ |
| 2.5 | Family Pharmacy, Inc. | 4101 N. State Hwy NN Ozark, MO 65721 | Smith Drug Company, a Division of | ☒ D __2.7__ ☐ E/F ___ ☐ G ___ |

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number *(if known)* | **18-60523** |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Family Pharmacy, Inc.** | **4101 N. Hwy NN**<br>**Ozark, MO 65721** | **Banc of California, N.A.** | ☒ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Family Property Management, LLC** | **P. O. Box 949**<br>**Ozark, MO 65721** | **Smith Drug Company, a Division of** | ☒ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Lynn   Morris** | **4230 Greenbriar**<br>**Nixa, MO 65714** | **Smith Drug Company, a Division of** | ☒ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Lynn   Morris** | **4230 Greenbriar**<br>**Nixa, MO 65714** | **Smith Drug Company, a Division of** | ☒ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Lynn   Morris** | **4230 Greenbriar**<br>**Nixa, MO 65714** | **Banc of California, N.A.** | ☒ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Lynn & Janet Morris** | **4101 N. Hwy NN**<br>**Ozark, MO 65721** | **Bank of Missouri** | ☒ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Lynn and Janet Morris** | **4230 Greenbriar**<br>**Nixa, MO 65714** | **Bank of Missouri** | ☒ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | **Lynn Morris** | **4230 Greenbriar**<br>**Nixa, MO 65714** | **Cardinal Health** | ☒ D __2.5__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Family Pharmacy of Missouri, LLC** | Case number *(if known)* | **18-60523** |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Lynn Morris** | 4230 Greenbriar<br>Nixa, MO 65714 | **Bank of Missouri** | ☒ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Michael Langston** | P. O. Box 5<br>Strafford, MO 65757 | **Cardinal Health** | ☒ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Michael Langston** | P. O. Box 5<br>Strafford, MO 65757 | **Bank of Missouri** | ☒ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **Michael Langston** | P. O. Box 5<br>Strafford, MO 65757 | **Banc of California, N.A.** | ☒ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | **USDA-Rural Development** | **Rural Business-Cooperative Service<br>601 Business Loop 70 West<br>Parkade Center, Suite 325<br>Columbia, MO 65203** | **Bank of Missouri** | ☒ D __2.2__<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **Family Pharmacy of Missouri, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number (if known)  **18-60523**

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................................  $ **4,339,011.82**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................................  $ **4,339,011.82**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ **23,712,480.86**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **4,251,239.63**

4. **Total liabilities** ...........................................................................................................................................
   Lines 2 + 3a + 3b    $ **27,963,720.49**